O
JS-6
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>999 NOTEBOOK SPEAKERS AND 30 CARDBOARD BOXES,<br><br>              Defendants. | Case No. 2:16-CV-01556-ODW (FFM)<br><br>**JUDGMENT ORDER** |

   In accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment against Defendant Merchandise and Interested Parties Joenaz Company, Inc. and SD-3c, LLC (ECF No. 19.), the Court hereby orders judgment in favor of Plaintiff United States and against Defendant Merchandise 999 Notebook Speakers and 30 Cardboard Boxes.

   **IT IS SO ORDERED.**

   July 1, 2016

                                            _____
                                            **OTIS D. WRIGHT, II**
                                            **UNITED STATES DISTRICT JUDGE**